# UNITED STATES BANKRUPTCY COURT
## District of Maryland
Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

**Case No.:** 25–18408   **Chapter:** 7   **Judge:** David E Rice

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Galen Robotics, Inc.
1100 Wicomico Street
Suite 725
Baltimore, MD 21230

Social Security No.:

Employer's Tax I.D. No.:   46–5555826

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you on 9/11/25 in this bankruptcy court, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of this petition is attached.

Address of Clerk:

U.S. BANKRUPTCY COURT
Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

At the same time you must also serve a copy of your motion or answer on petitioner or petitioner's attorney.

Name and Address of Petitioner or Petitioner's Attorney:

David Simson Musgrave
Gordon Feinblatt LLC
1001 Fleet Street
Suite 700
Baltimore, MD 21202

If you make a motion, your time to serve an answer is governed by the Federal Rules of Bankruptcy Procedure, 1011(c).

If you failed to respond to this summons, the order for relief will be entered.

Dated: 9/11/25

*Mark A. Neal*
Clerk of the Bankruptcy Court

September 11th, 2025
Clerk of the
United States
Bankruptcy Court
s/ Mark A. Neal

Form suminv (rev. 12/2009)