**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re: ) | |
| ) | |
| GALEN ROBOTICS, INC. ) | Case No.  25-18408 |
| ) | |
| Debtor. ) | (Chapter 7) |
| ) | |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Creditors, TTV Wicomico LLC, Diane Brusin, and Vishnu Kolal, in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

☑  None [check if applicable]

Dated: September 16, 2025         /s/ David S. Musgrave
                                  David S. Musgrave [Bar No. 0166]
                                  Gordon Feinblatt LLC
                                  1001 Fleet Street, Suite 700
                                  Baltimore, Maryland  21202
                                  Phone/Fax:  (410) 576-4194
                                  E-mail:  dmusgrave@gfrlaw.com

                                  Attorney for Creditors, TTV Wicomico LLC,
                                  Diane Brusin, and Vishnu Kolal

53539\155823\12010499.v1

**CERTIFICATE OF SERVICE**

I certify that on the 16th day of September, 2025, copies of the foregoing were served electronically on all parties registered to receive electronic noticing in this case via this Court's CM/ECF system, and mailed first class, postage prepaid, to:

>Galen Robotics, Inc.
>1100 Wicomico Street, Suite 725
>Baltimore, Maryland 21230

>/s/ David S. Musgrave
>David S. Musgrave

53539\155823\12010499.v1