Entered: October 6th, 2025
Signed: October 3rd, 2025

**SO ORDERED**

October 17, 2025.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–18408 – DER**   Chapter: **7**

**Galen Robotics, Inc.**
Debtor

## ORDER TO SHOW CAUSE WHY INVOLUNTARY PETITION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLETE SERVICE

On the filing of an involuntary petition herein, the Clerk issued a summons for service. Proof of timely service has not been filed. This failure creates a presumption of unreasonable delay and abuse of process. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Petitioner, or any interested party, show cause, if any there be, by the date designated above, in a writing filed with Clerk, U.S. Bankruptcy Court Baltimore Division, 101 West Lombard Street, Ste. 8530, Baltimore, Maryland 21201 why the involuntary petition should not be dismissed. Filing the required proof of service by the same date shall dissolve this Order to Show Cause.

Failure to complete the required proof of service within the time allowed, or failure to show cause which the Court considers adequate, may result in a dismissal of the involuntary petition without further notice and subject petitioner to the sanctions of 11 U.S.C. § 303(i).

cc:   Debtor
      Petitioner – TTV Wicomico LLC, Diane Brusin, Vishnu Kolal
      Attorney for Petitioning Creditors – David Simson Musgrave
      All Creditors

**End of Order**

26x05 (rev. 01/10/2006) – ShannonMcKenna