UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

In re:                                *

GALEN ROBOTICS, INC.                  *     Case No. 25-18408-DER
                                            (Chapter 7)
    Debtor.                           *

*   *   *   *   *   *   *   *   *   *   *   *   *

## RESPONSE TO SHOW CAUSE ORDER

The Petitioning Creditors respond to the Order to Show Cause [ECF 11] as follows:

1. The Order to Show Cause required the Petitioner to show cause by October 17, 2025, why the involuntary petition should not be dismissed for failing to file proof of timely service of the summons [ECF 5].

2. The Order to Show Cause stated that filing the required proof of service by October 17, 2025, shall dissolve the Order to Show Cause

3. On October 7, 2025, the Petitioning Creditors filed the required proof of service. *See* ECF 12.

4. The Court should therefore dissolve the Order to Show Cause.

Dated: October 13, 2025            */s/ David S. Musgrave*
                                          David S. Musgrave (Bar No. 0166)
                                          Gordon Feinblatt LLC
                                          1001 Fleet Street, 7th Floor
                                          Baltimore, Maryland  21202
                                          (410) 576-4194
                                           Email: dmusrave@grflaw.com

                                          *Counsel for Petitioning Creditors,*
                                          *TTV Wicomico LLC, Diane Brusin,*
                                          *and Vishnu Kolal*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of October 2025, a copy of the foregoing **RESPONSE TO SHOW CAUSE ORDER** was served electronically to all parties receiving electronic notices pursuant to this Court's CM/ECF system and by first-class mail, postage prepaid, to the parties on the attached mailing matrix.

/s/ *David S. Musgrave*
David S. Musgrave