Galen Robotics, Inc.
s/o The Corporation Trust Company,
    Resident Agent
1209 Orange Street
Wilmington, DE 19801

TTV Wicomico LLC
1100 Wicomico Street
Suite 330
Baltimore, MD 21230

David S. Musgrave, Esquire
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

Diane Brusin
347 N New River Drive E
Unit 1107
Fort Lauderdale, FL 33301