**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| GALEN ROBOTICS, INC. | * | Case No. 25-18408-DER |
| Debtor. | * | (Chapter 7) |
| | * | |

* * * * * * * * * * * * *

## PETITIONING CREDITORS' MOTION FOR ENTRY OF ORDER FOR RELIEF

Pursuant to Section 303(h) of the Bankruptcy Code, the Petitioning Creditors, TTV Wicomico LLC., Diane Brusin, and Vishnu Kolal, move on the following grounds for the entry by the Court of an order for relief in this case:

1. On September 11, 2025, the Petitioning Creditors filed an Involuntary Petition under Chapter 7 of the Bankruptcy Code against Galen Robotics, Inc. (the "Debtor") [Doc 1].

2. The Involuntary Petition was served on the Debtor as shown by the Certificate of Service filed on October 7, 2025 [Doc. 12].

3. The Debtor has failed to file an answer or other responsive pleading within the time prescribed under Fed. R. Bankr. P. 1011(b). Consequently, the Involuntary Petition has not been timely controverted, and the Petitioning Creditors are entitled to the entry of an order for relief pursuant to section 303(h) of the Bankruptcy Code.

4. The Petitioning Creditors request the entry by the Court of an order for relief on the Involuntary Petition.

5. Section 701(a)(1) of the Bankruptcy Code requires that the United States Trustee appoint an interim trustee. The Petitioning Creditors request that an interim trustee be appointed.

53539\155823\12092310.v7

WHEREFORE, the Petitioning Creditors request that the Court enter the Order for Relief submitted with this motion.

Dated: October 22, 2025

/s/ David S. Musgrave
David S. Musgrave (Bar No. 0166)
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland  21202
Phone/Fax No. (410) 576-4194
dmusgrave@gfrlaw.com

*Attorneys for TTV Wicomico LLC., Diane Brusin, and Vishnu Kolal.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22st day of October 2025, a copy of the foregoing Petitioning Creditors' Motion for Entry of Order for Relief with proposed Order was served electronically to all parties receiving electronic notices pursuant to this Court's CM/ECF system and by first-class mail, postage prepaid, to the parties on the attached mailing matrix.

/s/ David S. Musgrave
David S. Musgrave

53539\155823\12092310.v7