| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 25-18408<br>District of Maryland<br>Baltimore<br>Tue Oct 21 14:18:04 EDT 2025 | Galen Robotics, Inc.<br>1100 Wicomico Street<br>Suite 725<br>Baltimore, MD 21230-2080 | TTV Wicomico LLC<br>1100 Wicomico Street, Suite 330<br>Baltimore, MD 21230-2046 |
| Uline<br>12575 Uline DR.<br>Pleasant Prairie, WI 53158-3686 | Diane Brusin<br>347 N New River Drive E, Unit 1107<br>Fort Lauderdale, Fl 33301-3138 | Vishnu Kolal<br>1091 Penn Circle, Apt. GT-15<br>King of Prussia, PA 19406-1174 |

End of Label Matrix
Mailable recipients    5
Bypassed recipients    0
Total                  5