IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| GALEN ROBOTICS, INC. | * | Case No. 25-18408-DER |
| Debtor. | * | (Chapter 7) |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER FOR RELIEF

Upon consideration of the Petitioning Creditors' Motion for Entry of Order for Relief against Galen Robotics, Inc. (the "Debtor") under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"), and it appearing that:

1. The Petition was properly filed pursuant to 11 U.S.C. § 303(b);

2. The Debtor was duly served with the Petition and summons in accordance with the Federal Rules of Bankruptcy Procedure;

3. The Debtor failed to timely respond or otherwise plead to the Petition as required by 11 U.S.C. § 303(h) and the applicable rules of procedure;

4. No defenses or objections to the Petition have been raised; and

5. The requirements of 11 U.S.C. § 303(h) have been satisfied, and the entry of an order for relief is appropriate under the circumstances;

53539\155823\12092310.v7

IT IS HEREBY ORDERED THAT:

1. An order for relief under Chapter 7 of the Bankruptcy Code is entered against Galen Robotics, Inc.

2. The United States Trustee shall appoint an interim Chapter 7 trustee in accordance with 11 U.S.C. § 701(a).

3. The Debtor shall comply with all duties imposed upon a debtor under the Bankruptcy Code, including but not limited to, the duties set forth in 11 U.S.C. § 521.

4. The Clerk of the Court shall provide notice of this Order to all parties in interest, including the Debtor, the petitioning creditors, and the United States Trustee.

5. The Court retains jurisdiction to address any and all matters arising from or related to the implementation or interpretation of this Order.

cc:   All parties entitled to service by CM/ECF

**END OF ORDER**