Entered: October 24th, 2025
Signed: October 23rd, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **25–18408 – DER**    Chapter: **7**

**Galen Robotics, Inc.**
Alleged Debtor

### ORDER DISSOLVING SHOW CAUSE ORDER
### AFTER RESPONSE

Upon consideration of the response filed by Attorney for Petitioning Creditors to Show Cause Order, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered October 6, 2025 is hereby DISSOLVED.

cc:   Alleged Debtor
      Attorney for Alleged Debtor – PRO SE
      Attorney for Petitioning Creditors – David Simson Musgrave

### End of Order

39x12 (rev. 05/31/1990) – ShannonMcKenna