United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-18408-DER |
| Galen Robotics, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 21, 2026 | Form ID: pdfparty | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ptcrd | + | Diane Brusin, 347 N New River Drive E, Unit 1107, Fort Lauderdale, Fl 33301-3138 |
| adb | + | Galen Robotics, Inc., 1100 Wicomico Street, Suite 725, Baltimore, MD 21230-2080 |
| ptcrd | + | TTV Wicomico LLC, 1100 Wicomico Street, Suite 330, Baltimore, MD 21230-2046 |
| ptcrd | + | Vishnu Kolal, 1091 Penn Circle, Apt. GT-15, King of Prussia, PA 19406-1174 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jan 21 2026 19:18:00 | Office of the U.S. Trustee, 101 W. Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2026             Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Simson Musgrave | dmusgrave@gfrlaw.com  jojones@gfrlaw.com |
| Zvi Guttman | zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com |

District/off: 0416-1 User: admin Page 2 of 2
Date Rcvd: Jan 21, 2026 Form ID: pdfparty Total Noticed: 5
TOTAL: 2

Entered: January 21st, 2026
Signed: January 16th, 2026
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>BALTIMORE DIVISION</u>

| | |
|---|---|
| In re: | ( |
| | ( |
| Galen Robotics, Inc. | (  Bankr. Case No.:25-18408-DER |
| | ( |
| Debtor(s) | (  (Chapter 7) |
| | ( |

**<u>ORDER AUTHORIZING EMPLOYMENT OF COUNSEL FOR TRUSTEE</u>**

Upon consideration of the Application for Authority to Employ Counsel for Trustee, and it appearing that the appointment of The Law Offices of Zvi Guttman, P.A. (the "Firm") as counsel for Zvi Guttman, Trustee, is in the best interest of the creditors and the estate, and that such counsel represent no interests adverse to the estate, it is by the United States Bankruptcy Court for the District of Maryland --

ORDERED, that the Trustee is authorized to employ the Firm as counsel to perform such professional and paraprofessional legal services as are necessary or desirable in the administration of the captioned Estate;[1] and it is

FURTHER ORDERED, that the allowance and payment of fees and expenses shall be as described in the Application, subject to approval of this Court.

---

[1] For calendar year 2025 Counsel's billing rate in Chapter 7 cases is $595/hr.  Rates are subject to adjustment. Counsel will file notice of any adjustment applicable to this case.

S**uggested Distribution List:**

David Simson Musgrave     dmusgrave@gfrlaw.com, jojones@gfrlaw.com

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD  21201

Diane Brusin
347 N New River Dr. E, Unit 1107
Fort Lauderdale, FL 33301-3138

Galen Robotics, Inc.
1100 Wicomico St., Suite 725
Baltimore, MD 21230

TTV Wicomico LLC
1100 Wicomico St., Suite 330
Baltimore, MD 21230-2046

Vishnu Kolal
1091 Penn Circle, Apt GT-15
King of Prussia, PA 19406-1174

**END OF ORDER**