IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

In re: Galen Robotics, Inc.     (     Case No.: 25-18408-DER

          Debtor(s)     (     (Chapter 7)

## VERIFICATION OF CREDITOR MATRIX

The undersigned hereby certifies that the attached list of creditors was prepared based upon the Debtor's records and a review of available address information for the Debtor's creditors and vendors, and that, to the best of his knowledge, information, and belief, it is true and correct.

Date: March 25, 2026

/s/ Zvi Guttman
Zvi Guttman, Trustee
c/o The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282
Zvi@ZviGuttman.com
(410) 580-0500 Phone
(410) 580-0700 Fax