Anago
1406B Crain Hwy S
Suite 103
Glen Burnie, MD 21061


APT Medical Consulting
Adam Talmadge
2713 60th Street NW
Gig Harbor, WA 98335


Axis Research and Technology
6630 Eli Whitney Drive
Suite E
Columbia, MD 21046


Atracsys LLC
Route du Verney 20B
Puidoux, Switzerland 01070


C-Axis Inc Contract Manufacturing
PO Box 8309
Caguas, PR 00725


DAS Medical International
95 Chastain Rd. NW
Kennesaw, GA 30144


Comcast
1701 John F. Kennedy Blvd
Philadelphia, PA 19103


DigiKey
701 Brooks Ave S
Thief River Falls, MN 56701


DKT Consulting
1105 Sunset Creek Lane
Pleasanton, CA 94566


Electro Rent Corporation
8511 Fallbrook Avenue
Suite 200
West Hills, CA 91304

Entry-Master Holdings LLC
1100 Wicomico Street
Suite 330
Baltimore, MD 21230


FedEx
942 South Shady Groce Rd
Memphis, TN 38120


G&G Technical Inc
46 Darby Rd
Paoli, PA 19301


Gattey Law Office
830 Old County Road
Belmont, CA 94002


Henry Machine Inc
2316 La Mirada Dr.
Vista, CA 92081


Hogan Lovells
555 Thirteenth Street, NW
Washington, DC 20004


Igus Inc
257 Ferris Avenue
Rumford, RI 02916


IHETS
13-03 One Meyer
One Meyer Place
Singapore 43798


Ingenarious Consultants
12011 San Vicente Blvd
Suite 320
Los Angeles, CA 90049


Intertek Testing Services NA Inc
70 Codman Hill Rd
Boxborough, MA 01719

Johanson & Yau
515 Madison Avenue
26th Floor
New York, NY 10022


Johns Hopkins Technology Ventures
1812 Ashland Avenue
Suite 110
Baltimore, MD 21205


Johns Hopkins University
Johns Hopkins at Keswick
3910 Keswick Road
Baltimore, MD 21211


Kelly Insurance
1200 Route 35 North
Middletown, NJ 07748


Keiretsu Forum Midwest
76 E Monroe St
Chicago, IL 60603


MC Electronics
8281 Berryfield Dr
Nottingham, MD 21236


McMaster Carr
630 Frontage Road
Elmhurst, IL 60126


Medical Device Manufacturers Association
1333 H St NW
Ste 400
Washington, DC 20005


Mouser Electronics
1000 N Main St
Mansfield, TX 76063


MJS Medical Consulting
261 Madison Ave.
New York, NY 10016

Navarathna G. Narasimhamurthy
5916 Gentle Call
Clarksville, MD  21029-1249


Nelson Labs
6280 S Redwood Rd
Salt Lake City, UT 84123


New Jersey Taxation
PO Box 248
Trenton, NJ 08646


Pace Engineering Recruiters
5870 Trinity Pkwy
Suite 600
Centreville, VA 20120


Perkins Coie
1201 Third Avenue
Suite 4900
Seattle, WA 98101


Proto Labs Inc
5540 Pioneer Creek Dr
Maple Plain, MN 55359


Robert Langer
MIT Room 76-661
Massachusetts Institute of Technology
77 Massachusetts Ave.
Cambridge, MA 02139


Robling Medical
90 Weathers Street
Youngsville, NC 27596


Stephen Gould Corporation
5 Giralda Farms
Madison, NJ 07940


Strass Collins & Co
2810 W. Parkland Blvd
Tampa, FL 33609

Team Air Express
639 W. Broadway St
Winnsboro, TX 75494


THE QT Company
21 Drydock, Suite 330 W
Boston, MA 02210


Tower Hill Properties
330 St. Paul St
Suite 100
Baltimore, MD 21201


Trescal Inc
1200 N Old US-23
Hartland, MI 48353


Trimech
4991 Lake Brook Dr
Suite 300
Glen Allen, VA 23060


Uline
12575 Uline Drive
Pleasant Prairie, WI 53158


Venable
600 Massachusetts Avenue, NW
Washington, DC 20001


Westpak
83 Great Oaks Blvd
San Jose, CA 95119


White Label Media
2166 Broadway
Apt 14D
New York, NY 10024


White Summers
541 Jefferson Ave.
Suite 100
Redwood City, CA 94063