IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

In re:                              (
                                    (
Galen Robotics, Inc.                (      Bankr. Case No.: 25-18408-DER
                                    (
        Debtor(s)                   (           (Chapter 7)
                                    (
(    (    (    (    (    (    (    (    (    (    (    (    (

**REQUEST FOR ESTABLISHMENT OF BAR DATE**

Please set a claims' bar date and notify creditors accordingly.


Date: March 25, 2026            /s/ Zvi Guttman, Trustee
                                c/o The Law Offices of Zvi Guttman, P.A.
                                Post Office Box 32308
                                Baltimore, Maryland 21282
                                Phone (410) 580-0500
                                Fax (410) 580-0700
                                Zvi@ZviGuttman.com


cc:    Office of the U.S. Trustee