## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this May 11, 2026, copies of the foregoing *Motion for Authority to Sell Assets Free and Clear of Liens, Claims, Encumbrances and Interests were* served via:

### CM/ECF

Zvi Guttman zguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com

David Simson Musgrave dmusgrave@gfrlaw.com, jojones@gfrlaw.com

### First Class Mail, Postage Prepaid

Leonard Mills
Galen Medical Technologies, Inc.
26012 Seastone Dr,
Englewood,FL 34223

Altza Holdings LLC
30 N Gould St. Ste. R
Sheridan, WY 82801.

Office of U.S. Trustee
101 W. Lombard St., Suite 2625
Baltimore, Maryland 21201

Ambix Life Science Fund, I L.P.
Incorporating Services, LTD.
Registered Agent
3500 S Dupont Hwy
Dover, DE 19901

Ambix Life Science Fund, L.P.
627 National Ave.
Mountain View, CA 94043

Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346

Civil Process Clerk
U.S. Attorney for the District of Maryland
36 South Charles St., 4th Floor
Baltimore, MD 21201

Honorable Todd Blanche, Esq,
Acting Attorney General of the United States
950 Pennsylvania Ave., NW
Washington, DC 20530

Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114-0326

Internal Revenue Service
Central Lien Operations
PO Box 145595
Stop 8420G
Cincinnati, OH 45250-5595

/s/ Zvi Guttman