EXHIBIT 2

**Galen Robotics – Lawsuit Summary (Maryland Case Search)**

| Case Number | Plaintiff / Caption | Court | Case Type | Filing Date | Judgment Amount | Judgment Entry Date | Claim # | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 24-C-23-002530 | Ponaravind Muthaiah V. Galen Robotics Inc Et. Al. | Baltimore City Circuit Court | Contract | 5/30/2023 | $119,665.64 | 10/10/2025 | 2 | $140,416.62 |
| 24-C-23-004574 | Andrew Dirks vs Galen Robotics Inc, et al | Baltimore City Circuit Court | Contract | 10/25/2023 | $76,500.00 | 03/06/2025 | *N/A* | *N/A* |
| C-24-JG-25-012087 | Internal Revenue Service vs. Galen Robotics Inc | Baltimore City Circuit Court | Judgment - Federal Lien | 9/16/2025 | $97,504.37 | 09/17/2025 | *N/A* | *N/A* |
| 24-C-19-005847 | Kurt Jeffry Wilson vs Theresa Ann Bens Wilson | Baltimore City Circuit Court | Other Civil | 11/13/2019 | | | *N/A* | *N/A* |
| 01-01-0001971-2020 | SEVIMLI, YUNUSCAN vs GALEN ROBOTICS, INC | Civil District Court | Contract | 1/24/2020 | | | *N/A* | *N/A* |
| 01-01-0023244-2023 | TTV WICOMICO, LLC vs BALTIMORE BOLTS et al | Civil District Court | FOEAD | 11/28/2023 | | | *N/A* | *N/A* |
| 24-C-23-003447 | David Levi vs Galen Robotics, Inc., et al | Baltimore City Circuit Court | Contract | 8/8/2023 | $361,124.85 | 09/10/2025 | *N/A* | *N/A* |
| 24-C-23-003448 | Muhammad Hadi vs Galen Robotics, Inc., et al | Baltimore City Circuit Court | Contract | 8/10/2023 | | | *N/A* | *N/A* |
| 24-C-23-002751 | C- Axis Inc, et al vs Galen Robotics Inc | Baltimore City Circuit Court | FJ | 6/15/2023 | $62,818.23 | 06/20/2023 | 5 | $77,262.84 |