In the United States Bankruptcy Court
For the District of Maryland
Baltimore Division

In re:                                           (
                                                 (
GALEN ROBOTICS, INC.,                            (       Bankr. Case No.: 25-18408-DER
                                                 (
          Debtor(s)                              ((             (Chapter 7)
(      (      (      (      (      (      (      (      (      (      (      (      (

**NOTICE OF SALE OF PROPERTY**

TO CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Zvi Guttman (the "Trustee"), for the captioned Debtor, has filed a Motion For Authority To Sell Assets Free And Clear Of Liens, Claims, Encumbrances, And Interests (the "Motion").   A summary of the Terms Of Sale Of Assets Of Galen Robotics is attached hereto. Further information is available at https://guttman.lawyer/galen. Notice is further given that your rights may be affected by the Motion. You should read the Motion carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.

Notice is further given that objections, if any, to the Motion must be filed within twenty-one (21) days from the date of this Notice with the office of the Clerk, United States Bankruptcy Court for the District of Maryland, 101 West Lombard Street, Baltimore, Maryland 21201. A copy of any objection must be served on the undersigned and upon the Office of the United States Trustee, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201. If objections are filed, they must contain a complete specification of the factual and legal grounds upon which they are based. If no objections are timely filed, the Court may act upon the Motion without conducting a hearing and approve the proposed Order and sale without further notice. If an objection is filed or if the Court determines a hearing is appropriate, the Court may hold a hearing in its discretion. Parties desiring further information may contact the undersigned counsel.

Persons requiring further information should communicate with the undersigned.

Dated: May 11, 2026

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, MD 21282
(410) 580-0500 (Phone)
Zvi@zviguttman.com
**Counsel to Trustee**

## TERMS OF SALE of ASSETS OF GALEN ROBOTICS

| | |
|---|---|
| Appraisal | None |
| Scheduled Value of Assets | None |
| Purchaser | Galen Medical Technologies, Inc., a Delaware corporation or successor, designee, or assignee |
| Purchaser's relationship to any party in interest | None |
| Purchase Price | $90,000 (subject to Auction) |
| Payment Terms | Payment in full at closing. |
| Items to be paid & concessions made by the Estate. | None |
| Objections Due | June 1, 2026 plus any additional time required by Federal Bankruptcy Rules 9006(a) and (f). |
| Date/Time/Location of Hrg. | 06/15/2026 at 3:00 pm - Courtroom 9-D |
| Compensation – Trustee | In accordance with 11 U.S.C. § 326 |

### Liens/Claims/Encumbrances/Interests

| Holder/Servicer of Interest | Claim Amount/ Nature of Claim | Proposed Treatment | See ¶ __ for more details |
|---|---|---|---|
| Internal Revenue Service (IRS) | $97,504.37  Federal Tax Lien | To be paid subject to agreement and/or 11 U.S.C. §§ 503, 506, 507, 724(a) and (b), and 726 | 26 |
| Ambix Life Science Fund I, L.P. | Claim Amount Unknown  UCC-1 | No payment is contemplated at this time | 27-28 |

**The Motion may be granted and the Assets may be sold without further notice if a timely objection is not filed**

**Additional details and doc can be accessed at pacer.gov and**
**https://guttman.lawyer/galen**