## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this May 11, 2026, copies of this Notice were served by, first-class mail, postage prepaid, on:

Leonard Mills
Galen Medical Technologies, Inc.
26012 Seastone Dr,
Englewood,FL 34223

Altza Holdings LLC
30 N Gould St. Ste. R
Sheridan, WY 82801.

Office of U.S. Trustee
101 W. Lombard St., Suite 2625
Baltimore, Maryland 21201

Ambix Life Science Fund, I L.P.
Incorporating Services, LTD.
Registered Agent
3500 S Dupont Hwy
Dover, DE 19901

Ambix Life Science Fund, L.P.
627 National Ave.
Mountain View, CA 94043

Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346

Civil Process Clerk
U.S. Attorney for the District of Maryland
36 South Charles St., 4th Floor
Baltimore, MD 21201

Honorable Todd Blanche, Esq,
Acting Attorney General of the United States
950 Pennsylvania Ave., NW
Washington, DC 20530

Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126

Philadelphia, PA 19114-0326

Internal Revenue Service
Central Lien Operations
PO Box 145595
Stop 8420G
Cincinnati, OH 45250-5595

And to the persons enumerated on the attached list:


<u>/s/ Zvi Guttman</u>

## Service List

Anago
1406B Crain Hwy S
Suite 103
Glen Burnie, MD 21061


APT Medical Consulting
Adam Talmadge
2713 60th Street NW
Gig Harbor, WA 98335


Axis Research and Technology
6630 Eli Whitney Drive
Suite E
Columbia, MD 21046


Atracsys LLC
Route du Verney 20B
Puidoux, Switzerland 01070


C-Axis Inc Contract Manufacturing
PO Box 8309
Caguas, PR 00725


DAS Medical International
95 Chastain Rd. NW
Kennesaw, GA 30144


Comcast
1701 John F. Kennedy Blvd
Philadelphia, PA 19103


DigiKey
701 Brooks Ave S
Thief River Falls, MN 56701


DKT Consulting
1105 Sunset Creek Lane
Pleasanton, CA 94566


Electro Rent Corporation
8511 Fallbrook Avenue

Suite 200
West Hills, CA 91304

Entry-Master Holdings LLC
1100 Wicomico Street
Suite 330
Baltimore, MD 21230

FedEx
942 South Shady Groce Rd
Memphis, TN 38120

G&G Technical Inc
46 Darby Rd
Paoli, PA 19301

Gattey Law Office
830 Old County Road
Belmont, CA 94002

Henry Machine Inc
2316 La Mirada Dr.
Vista, CA 92081

Hogan Lovells
555 Thirteenth Street, NW
Washington, DC 20004

Igus Inc
257 Ferris Avenue
Rumford, RI 02916

IHETS
13-03 One Meyer
One Meyer Place
Singapore 43798

Ingenarious Consultants
12011 San Vicente Blvd
Suite 320
Los Angeles, CA 90049

Intertek Testing Services NA Inc
70 Codman Hill Rd
Boxborough, MA 01719

Johanson & Yau
515 Madison Avenue
26th Floor
New York, NY 10022

Johns Hopkins Technology Ventures
1812 Ashland Avenue
Suite 110
Baltimore, MD 21205

Johns Hopkins University
Johns Hopkins at Keswick
3910 Keswick Road
Baltimore, MD 21211

Kelly Insurance
1200 Route 35 North
Middletown, NJ 07748

Keiretsu Forum Midwest
76 E Monroe St
Chicago, IL 60603

MC Electronics
8281 Berryfield Dr
Nottingham, MD 21236

McMaster Carr
630 Frontage Road
Elmhurst, IL 60126

Medical Device Manufacturers Association
1333 H St NW
Ste 400
Washington, DC 20005

Mouser Electronics
1000 N Main St
Mansfield, TX 76063

MJS Medical Consulting
261 Madison Ave.
New York, NY 10016


Navarathna G. Narasimhamurthy
5916 Gentle Call
Clarksville, MD   21029-1249


Nelson Labs
6280 S Redwood Rd
Salt Lake City, UT 84123


New Jersey Taxation
PO Box 248
Trenton, NJ 08646


Pace Engineering Recruiters
5870 Trinity Pkwy
Suite 600
Centreville, VA 20120


Perkins Coie
1201 Third Avenue
Suite 4900
Seattle, WA 98101


Proto Labs Inc
5540 Pioneer Creek Dr
Maple Plain, MN 55359


Robert Langer
MIT Room 76-661
Massachusetts Institute of Technology
77 Massachusetts Ave.
Cambridge, MA 02139


Robling Medical
90 Weathers Street
Youngsville, NC 27596

Stephen Gould Corporation
5 Giralda Farms
Madison, NJ 07940


Strass Collins & Co
2810 W. Parkland Blvd
Tampa, FL 33609


Team Air Express
639 W. Broadway St
Winnsboro, TX 75494


THE QT Company
21 Drydock, Suite 330 W
Boston, MA 02210


Tower Hill Properties
330 St. Paul St
Suite 100
Baltimore, MD 21201


Trescal Inc
1200 N Old US-23
Hartland, MI 48353


Trimech
4991 Lake Brook Dr
Suite 300
Glen Allen, VA 23060


Uline
12575 Uline Drive
Pleasant Prairie, WI 53158


Venable
600 Massachusetts Avenue, NW
Washington, DC 20001


Westpak
83 Great Oaks Blvd
San Jose, CA 95119

White Label Media
2166 Broadway
Apt 14D
New York, NY 10024


White Summers
541 Jefferson Ave.
Suite 100
Redwood City, CA 94063
C-Axis, PR, Inc.
Parque Industrial Oeste Lote 22
Caguas, PR 00725


Dirks, Andrew
454 Poplar Place
Annapolis, MD 21403


Hadi, Muhammad
29 Brooks Avenue
Arlington, MA 02474


Internal Revenue Service
Central Lien Operations
PO Box 145595, Stop 8420G
Cincinnati, OH 45250-5595


Law Offices Of John B. Stolarz
6509 York Road
Baltimore, MD 21212


Levi, David
535 NW 11th Ave
Apt. 705
Portland, OR 97209


Muthaiah, Ponaravind
697 Worthington Forest Place
Columbus, OH 43229


Royston, Mueller, et al

Craig P. Ward, Esq.
102 W. Pennsylvania Ave., Ste. 600
Towson, MD 21204


Sagal, Filbert, et al
Christopher L. Merrill, Esq.
600 Washington Ave., #300
Towson, MD 21204


Sevimli, Yunuscan
150 Webster Ave Apt 2
Cambridge, MA 02141


TTV Wicomico, LLC
c/o 600 Washington Avenue, Suite 300
Towson, MD 21204


Vann Legal LLC
Amanda Lynn Vann, Esq.
324 Kirkwood Drive
Evans, GA 30809


Wright, Ryon & Maher, P.A.
David John Maher, Esq.
201 N. Charles Street
10th Floor
Baltimore, MD 21201