In the United States Bankruptcy Court
For the District of Maryland
Baltimore Division

In re:                                          (
                                                (
GALEN ROBOTICS, INC.,                           (        Bankr. Case No.: 25-18408-DER
                                                (
         Debtor(s)                              ((                 (Chapter 7)
(       (       (       (       (       (       (       (       (       (       (       (       (

**NOTICE OF FILING OF**
**TRUSTEE'S MOTION FOR APPROVAL OF BID PROCEDURES FOR THE SALE OF**
**ASSETS OF THE BANKRUPTCY ESTATE, (II) APPROVING FORMS OF PURCHASE**
**AGREEMENT, (III) SCHEDULING HEARING TO CONSIDER APPROVAL OF SALE,**
**(IV) APPROVING FORM AND MANNER OF NOTICE OF SALE, AND (V) GRANTING**
**RELATED RELIEF**

TO CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Zvi Guttman (the "Trustee"), for the captioned
Debtor, has filed a Motion For Approval Of Bid Procedures For The Sale Of Assets Of
The Bankruptcy Estate, (II) Approving Forms Of Purchase Agreement, (III) Scheduling
Hearing To Consider Approval Of Sale, (IV) Approving Form And Manner Of Notice Of
Sale, And (V) Granting Related Relief (the "Motion").   The Motion and the proposed
Bid Procedures are available at https://guttman.lawyer/galen. Notice is further given that
your rights may be affected by the Motion. You should read the Motion carefully and
discuss it with your attorney. If you do not have an attorney, you may wish to consult
one.

Notice is further given that objections, if any, to the Motion must be filed within
twenty-one (21) days from the date of this Notice with the office of the Clerk, United
States Bankruptcy Court for the District of Maryland, 101 West Lombard Street,
Baltimore, Maryland 21201. A copy of any objection must be served on the undersigned
and upon the Office of the United States Trustee, 101 West Lombard Street, Suite
2625, Baltimore, Maryland 21201. If objections are filed, they must contain a complete
specification of the factual and legal grounds upon which they are based. If no
objections are timely filed, the Court may act upon the Motion without conducting a

˘1˘

hearing and approve the proposed Order and sale without further notice. If an objection is filed or if the Court determines a hearing is appropriate, the Court may hold a hearing in its discretion. Parties desiring further information may contact the undersigned counsel.

Persons requiring further information should communicate with the undersigned.

**THE MOVANT HAS ALSO FILED A MOTION TO SHORTEN THE TIME FOR RESPONSE TO THE MOTION. IF THAT MOTION TO SHORTEN IS GRANTED, THE TIME TO OBJECT TO THE MOTION WILL BE CHANGED AS PROVIDED IN SUCH ORDER.**

Dated: May 11, 2026

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, MD 21282
(410) 580-0500 (Phone)
Zvi@zviguttman.com
**Counsel to Trustee**