Entered: May 11th, 2026
Signed: May 11th, 2026

## SO ORDERED

A hearing, if needed, on the Trustees Motion for Approval of Bid Procedures in Connection with Proposed Sale of Assets, will be held on May 28, 2026, at 3:00 PM in Courtroom 9D, Garmatz Federal Courthouse, 101 W Lombard St, Baltimore Maryland 21201.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:                                          *

GALEN ROBOTICS, INC.,                *   Bankr. Case No.: 25-18408-DER

Debtor.                        *   (Chapter 7)

                                                *

*       *       *       *       *       *       *       *       *       *       *       *       *

**ORDER SHORTENING TIME FOR OBJECTIONS TO
TRUSTEE'S MOTION FOR APPROVAL OF BID PROCEDURES
IN CONNECTION WITH PROPOSED SALE OF ASSETS**

Upon consideration of the Motion of Chapter 7 Trustee for Order Shortening Time for Objections to Trustee's Motion For Approval Of Bid Procedures For The Sale Of Assets Of The Bankruptcy Estate, (II) Approving Forms Of Purchase Agreement, (III) Scheduling Hearing To Consider Approval Of Sale, (IV) Approving Form And Manner Of Notice Of Sale, And (V) Granting Related Relief (respectively the "Motion to Shorten" and the "Bid Procedures Motion"), filed by Zvi Guttman, the Chapter 7 Trustee herein (the "Trustee"), it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED,** that the Motion to Shorten is GRANTED; and it is further

**ORDERED,** that objections, if any, to the Trustee's Motion for Approval of Bid Procedures in Connection with Proposed Sale of Assets of the Bankruptcy Estate Free and Clear of Liens and Encumbrances Pursuant to 11 U.S.C. § 363 shall be filed no later than May 27, 2026, at 4:00 p.m. (prevailing Eastern Time); and it is further

**ORDERED,** that upon the filing of a timely objection, the Court shall, in its discretion, set a date and time for a hearing thereon; and it is further

**ORDERED,** that if no timely objection is filed, the Court may enter an order granting the Bid Procedures Motion without further hearing.

**Suggested Distribution List**:

Zvi Guttman zguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, D55@ecfcbis.com

David Simson Musgrave dmusgrave@gfrlaw.com, jojones@gfrlaw.com

Leonard Mills
Galen Medical Technologies, Inc.
26012 Seastone Dr,
Englewood,FL 34223

Altza Holdings LLC
30 N Gould St. Ste. R
Sheridan, WY 82801.

Office of U.S. Trustee
101 W. Lombard St., Suite 2625
Baltimore, Maryland 21201

Ambix Life Science Fund, I L.P.
Incorporating Services, LTD.
Registered Agent
3500 S Dupont Hwy
Dover, DE 19901

Ambix Life Science Fund, L.P.
627 National Ave.
Mountain View, CA 94043

Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346

Civil Process Clerk
U.S. Attorney for the District of Maryland
36 South Charles St., 4th Floor
Baltimore, MD 21201

Honorable Todd Blanche, Esq,
Acting Attorney General of the United States
950 Pennsylvania Ave., NW
Washington, DC 20530

Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114-0326

Internal Revenue Service
Central Lien Operations
PO Box 145595
Stop 8420G
Cincinnati, OH 45250-5595

END OF ORDER