United States Bankruptcy Court

District of Maryland

In re:

Galen Robotics, Inc.

     Debtor

Case No. 25-18408-DER

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 11, 2026 | Form ID: pdfparty | Total Noticed: 7 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Ambix Life Science Fund, I L.P., Incorporating Services, LTD., Registered Agent, 3500 S Dupont Hwy, Dover, DE 19901-6041 |
| | + | Ambix Life Science Fund, L.P., 627 National Ave., Mountain View, CA 94043-2221 |
| | + | Leonard Mills, Galen Medical Technologies, Inc., 26012 Seastone Dr,, Englewood,FL 34223-6351 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | ^ | MEBN | May 11 2026 19:11:55 | Honorable Todd Blanche, Esq,, Acting Attorney General of the United St, 950 Pennsylvania Ave., NW, Washington, DC 20530-0009 |
| | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 11 2026 19:17:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | May 11 2026 19:17:00 | Office of U.S. Trustee, 101 W. Lombard St., Suite 2625, Baltimore, Maryland 21201-2668 |
| | | Email/Text: usamd.bankruptcy@usdoj.gov | May 11 2026 19:17:00 | Civil Process Clerk, U.S. Attorney for the District of Maryla, 36 South Charles St., 4th Floor, Baltimore, MD 21201 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Central Lien Operations, PO Box 145595, Stop 8420G, Cincinnati, OH 45250-5595 |
| | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Operation, PO Box 21126, Philadelphia, PA 19114-0326 |
| | ##+ | Altza Holdings LLC, 30 N Gould St. Ste. R, Sheridan, WY 82801-6317 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0416-1                    User: admin                         Page 2 of 2

Date Rcvd: May 11, 2026                 Form ID: pdfparty                    Total Noticed: 7

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2026                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David Simson Musgrave | dmusgrave@gfrlaw.com  jojones@gfrlaw.com |
| Zvi Guttman | zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com |

TOTAL: 2

Entered: May 11th, 2026
Signed: May 11th, 2026

**SO ORDERED**

A hearing, if needed, on the Trustees Motion for Approval of Bid Procedures in Connection with Proposed Sale of Assets, will be held on May 28, 2026, at 3:00 PM in Courtroom 9D, Garmatz Federal Courthouse, 101 W Lombard St, Baltimore Maryland 21201.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| GALEN ROBOTICS, INC., | * | Bankr. Case No.: 25-18408-DER |
| Debtor. | * | (Chapter 7) |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER SHORTENING TIME FOR OBJECTIONS TO
TRUSTEE'S MOTION FOR APPROVAL OF BID PROCEDURES
IN CONNECTION WITH PROPOSED SALE OF ASSETS**

Upon consideration of the Motion of Chapter 7 Trustee for Order Shortening Time for Objections to Trustee's Motion For Approval Of Bid Procedures For The Sale Of Assets Of The Bankruptcy Estate, (II) Approving Forms Of Purchase Agreement, (III) Scheduling Hearing To Consider Approval Of Sale, (IV) Approving Form And Manner Of Notice Of Sale, And (V) Granting Related Relief (respectively the "Motion to Shorten" and the "Bid Procedures Motion"), filed by Zvi Guttman, the Chapter 7 Trustee herein (the "Trustee"), it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED,** that the Motion to Shorten is GRANTED; and it is further

**ORDERED,** that objections, if any, to the Trustee's Motion for Approval of Bid Procedures in Connection with Proposed Sale of Assets of the Bankruptcy Estate Free and Clear of Liens and Encumbrances Pursuant to 11 U.S.C. § 363 shall be filed no later than May 27, 2026, at 4:00 p.m. (prevailing Eastern Time); and it is further

**ORDERED,** that upon the filing of a timely objection, the Court shall, in its discretion, set a date and time for a hearing thereon; and it is further

**ORDERED,** that if no timely objection is filed, the Court may enter an order granting the Bid Procedures Motion without further hearing.

**Suggested Distribution List**:

Zvi Guttman zguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com
zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com,
D55@ecfcbis.com

David Simson Musgrave dmusgrave@gfrlaw.com, jojones@gfrlaw.com

Leonard Mills
Galen Medical Technologies, Inc.
26012 Seastone Dr,
Englewood,FL 34223

Altza Holdings LLC
30 N Gould St. Ste. R
Sheridan, WY 82801.

Office of U.S. Trustee
101 W. Lombard St., Suite 2625
Baltimore, Maryland 21201

Ambix Life Science Fund, I L.P.
Incorporating Services, LTD.
Registered Agent
3500 S Dupont Hwy
Dover, DE 19901

Ambix Life Science Fund, L.P.
627 National Ave.
Mountain View, CA 94043

Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346

Civil Process Clerk
U.S. Attorney for the District of Maryland
36 South Charles St., 4th Floor
Baltimore, MD 21201

Honorable Todd Blanche, Esq,
Acting Attorney General of the United States
950 Pennsylvania Ave., NW
Washington, DC 20530

Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114-0326

Internal Revenue Service
Central Lien Operations
PO Box 145595
Stop 8420G
Cincinnati, OH 45250-5595

END OF ORDER