Entered: May 28th, 2026
Signed: May 28th, 2026

**SO ORDERED**

Notice duly given. No opposition timely filed. No further notice or opportunity for hearing is required under the particular circumstances of this case. 11 U.S.C. § 102(1).



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| GALEN ROBOTICS, INC., | * | Bankr. Case No.: 25-18408-DER |
| Debtor. | * | (Chapter 7) |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER (I) APPROVING BID PROCEDURES FOR THE SALE OF ASSETS OF THE BANKRUPTCY ESTATE, (II) APPROVING FORMS OF PURCHASE AGREEMENT, (III) SCHEDULING HEARING TO CONSIDER APPROVAL OF SALE, (IV) APPROVING FORM AND MANNER OF NOTICE OF SALE, AND (V) GRANTING RELATED RELIEF**

Upon consideration of the Trustee's Motion For Approval Of Bid Procedures For The Sale Of Assets Of The Bankruptcy Estate, (II) Approving Forms Of Purchase Agreement, (III) Scheduling Hearing To Consider Approval Of Sale, (IV) Approving Form And Manner Of Notice Of Sale, And (V) Granting Related Relief (the "Bid Procedures Motion") filed by Zvi Guttman, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Galen Robotics, Inc. (the "Debtor"), the Court having determined that the Bid Procedures Motion and the relief requested therein are in the best interest of the Estate, its creditors, and other parties in interest; and adequate notice of the Bid Procedures Motion having been given; after notice and a hearing; and

no objections having been filed or any such objections having been overruled; and after due deliberation and good and sufficient cause appearing therefor; pursuant to 11 U.S.C. §§ 105(a) and 363 of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2002, 6004, and 9014, and Local Rule 6004-4, it is hereby

**ORDERED** that the Bid Procedures Motion is GRANTED; and it is further

**ORDERED** that the Bid Procedures, substantially in the form attached as Exhibit 3 to the Bid Procedures Motion, are hereby approved in their entirety and the failure to specifically refer to any particular provision of the Bid Procedures in this Order shall not diminish or impair the effectiveness of such provision provided, however, to the extent any provision of this Order is inconsistent with the terms of the Bid Procedures, the terms of this Order shall control.  The Bid Procedures may be modified, amended, or supplemented by the Trustee without further order of this Court, provided that any such modification is not material and is consistent with this Order.; and it is further

**ORDERED** that the form and manner of notice of the Sale, the Bid Procedures, and the Sale Hearing, substantially in the form to be filed by the Trustee, is hereby approved; and it is further

**ORDERED** that the Trustee is authorized to take any and all actions necessary or appropriate to implement the Bid Procedures; and it is further

**ORDERED** that to the extent the Trustee makes any material change to the Bid Procedures or the Purchase Agreement, the Trustee shall promptly advise all interested parties of such changes; and it is further

**ORDERED** that either the Purchase Agreement, substantially in the form attached as Exhibit 1 to the Bid Procedures Motion, or the purchase agreement substantially in the form attached as Exhibit 2 to the Bid Procedures Motion may be used to solicit and close upon bids from potential purchasers for the Assets in accordance with the Bid Procedures, and is hereby approved as to form; and it is further

**ORDERED** that the deadline for submission of Qualified Bids shall be June 5, 2026, at 4:00 p.m. EDT; and it is further

**ORDERED** that the Trustee shall have filed and served a Sale Motion and a Sale Notice on or before May 11, 2026; and it is further

**ORDERED** that objections to approval of the Sale Motion, if any, must be in writing, state the basis of such objection with specificity, and be filed with this Court and served so as to be received on or before June 1, 2026by Zvi Guttman, Trustee, The Law Offices of Zvi Guttman, P.A., P.O. Box 32308, Baltimore, Maryland 21282 (Zvi@ZviGuttman.Com), with copies to counsel to the United States Trustee; and it is further

**ORDERED** that any Qualified Bids in excess of the Stalking Horse Bid of $90,000 must be received by the Trustee no later than the Bid Deadline and must exceed the Stalking Horse Bid by at least $10,000 (i.e., the initial overbid must be no less than $100,000), with successive bidding increments of no less than $5,000 unless otherwise permitted by the Trustee; and it is further

**ORDERED** that if one or more Qualified Bids in addition to the Stalking Horse Bid are received by the Bid Deadline, an Auction shall be conducted via Zoom on June 10, 2026, at 1:00 p.m. (prevailing Eastern Time), in a manner consistent with the Bid Procedures; and it is further

**ORDERED** that each bidder participating at the Auction will be required to confirm on the record that it has not engaged in any collusion with respect to the bidding or the sale; and it is further

**ORDERED** that the Auction shall be conducted openly, all creditors shall be permitted to attend, and the Auction shall be recorded; and it is further

**ORDERED** that by the close of the Auction, each participating bidder must submit its highest and best offer, and no further bids or modifications shall be permitted after the Auction concludes; and it is further

**ORDERED** that all bidders submitting a Qualified Bid are deemed to have submitted to the exclusive jurisdiction of this Court, and to have waived any right to a jury trial, with respect to all disputes arising out of or related to the sale, the Auction, and the Bid Procedures; and it is further

**ORDERED** that the successful bidder must submit a signed purchase agreement (or a signed addendum to a previously submitted agreement) within six (6) hours after the conclusion of the Auction; and it is further

**ORDERED** that the Trustee shall file a notice of Auction results identifying the Successful Bidder and, if applicable, the Backup Bidder, no later than two (2) business days after the conclusion of the Auction; and it is further

**ORDERED** that the Court shall hold a hearing on the Sale Motion on June 15, 2026, at 3:00 Pm (prevailing Eastern Time), or at some other time set by the Court at which hearing the Trustee will seek final approval of the sale of the Assets to the Successful Bidder or, if applicable, the Backup Bidder, in accordance with the Sale Motion and Bid Procedures; and it is further

**ORDERED** that if the Successful Bidder fails to close within fifteen (15) days after entry of a final Sale Order, the Trustee is authorized, without further order of this Court, to close with the Backup Bidder on the terms of the Backup Bid, and the Successful Bidder's good faith deposit of $10,000 shall be forfeited to the Estate; and it is further

**ORDERED** that this Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

cc:

Zvi Guttman zguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com, zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

David Simson Musgrave dmusgrave@gfrlaw.com, jojones@gfrlaw.com

Leonard Mills
Galen Medical Technologies, Inc.
26012 Seastone Dr,
Englewood,FL 34223

Altza Holdings LLC
30 N Gould St. Ste. R
Sheridan, WY 82801.

Office of U.S. Trustee
101 W. Lombard St., Suite 2625
Baltimore, Maryland 21201

Ambix Life Science Fund, I L.P.
Incorporating Services, LTD.
Registered Agent

3500 S Dupont Hwy
Dover, DE 19901

Ambix Life Science Fund, L.P.
627 National Ave.
Mountain View, CA 94043

Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346

Civil Process Clerk
U.S. Attorney for the District of Maryland
36 South Charles St., 4th Floor
Baltimore, MD 21201

Honorable Todd Blanche, Esq,
Acting Attorney General of the United States
950 Pennsylvania Ave., NW
Washington, DC 20530

Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114-0326

Internal Revenue Service
Central Lien Operations
PO Box 145595
Stop 8420G
Cincinnati, OH 45250-5595

-END OF ORDER-