In the United States Bankruptcy Court
For the District of Maryland
Baltimore Division

In re:                                    (
                                          (
GALEN ROBOTICS, INC.,                     (        Bankr. Case No.: 25-18408-DER
                                          (
          Debtor(s)                       (              (Chapter 7)
(       (       (       (       (       (       (       (       (       (       (       (       (

## NOTICE OF AUCTION

TO CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Zvi Guttman (the "Trustee"), the duly-appointed Chapter 7 Trustee for the above-captioned Debtor, has received Qualifying Bids for the assets of the Debtor's bankruptcy estate, aside from the Stalking Horse Bidder.

PLEASE TAKE FURTHER NOTICE that an Auction will be conducted via Zoom in accordance with the Bid Procedures approved by this Court on May 28, 2026 [Docket No. 39] (the "Bid Procedures").

PLEASE TAKE FURTHER NOTICE that additional information regarding the Auction, including Zoom login credentials and connection information, is available at https://guttman.lawyer/galen.

PLEASE TAKE FURTHER NOTICE that only Qualified Bidders who have timely submitted Qualifying Bids in accordance with the Bid Procedures are eligible to participate in the Auction. Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures.

Persons requiring further information should communicate with the undersigned.

Dated: June 5, 2026

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, MD 21282
(410) 580-0500 (Phone)
Zvi@zviguttman.com
**Counsel to Trustee**

˘1˘