**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re | * | Case No.: 25–18408–DER |
| | * | |
| Galen Robotics, Inc. | * | Chapter: 7 |
| | * | |
| *Debtor.* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**NOTICE OF APPEARANCE OF COUNSEL FOR CREDITOR AND REQUEST FOR**</u>
<u>**SERVICE OF PAPERS**</u>

**PLEASE TAKE NOTICE** that the undersigned hereby enters this Notice of Appearance as counsel for The Johns Hopkins University, pursuant to 11 U.S.C. §§102(1) and 1109(b) and rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, hereby requests that all notices given or required to be given in these cases, and all papers filed or served or required to be served, in these cases be given to and served upon the undersigned attorney, at the address set forth below:

> E. Bernard Justis (Federal Bar No. 04384)
> Johns Hopkins University - Office of General Counsel
> 3400 N. Charles Street – 113 Garland Hall
> Baltimore, Maryland 21218
> Facsimile:  410-516-5448
> Telephone:  410.516.8128
> Email address:  ejustis1@jhu.edu

Dated:  June 4, 2026                Respectfully submitted,

*E. Berd Just*
_____
E. Bernard Justis (Federal Bar No. 04384)
Johns Hopkins University - Office of General Counsel
3400 N. Charles Street – 113 Garland Hall
Baltimore, Maryland 21218
Facsimile:  410-516-5448
Telephone:  410.516.8128
Email address:  ejustis1@jhu.edu

*Counsel for Creditor, The Johns Hopkins University*