**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re: | Chapter 7 |
| GALEN ROBOTICS, INC., | Case No.: 25-18408-DER |
| Debtor. | |

**LINE OF TTV WICOMICO, LLC CONSENTING TO**
**PROPOSED *ORDER GRANTING MOTION FOR AUTHORITY TO SELL ASSETS FREE***
***AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTEREST***
**FILED BY CHAPTER 7 TRUSTEE**

TTV Wicomico, LLC, a creditor and party in interest herein, by and through undersigned

counsel, hereby files this Line consenting to the proposed *Order Granting Motion for Authority to*

*Sell Assets Free and Clear of Liens, Claims, Encumbrances, and Interest* filed by the Chapter 7

Trustee on June 11, 2026 [Dkt. No. 44-4].

Dated June 11, 2026                           Respectfully submitted,


                                        **TYDINGS & ROSENBERG LLP**


                                        */s/ Stephen B. Gerald*
                                        Stephen B. Gerald (Bar No. 26590)
                                        Megan K. Young (Bar No. 31978)
                                        One East Pratt Street, Suite 901
                                        Baltimore, Maryland 21202
                                        Telephone:  (410) 752-9700
                                        Email: sgerald@tydings.com

                                        *Counsel to TTV Wicomico, LLC*

6589860.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 11, 2026, the foregoing was served via the Court's CM/ECF filing system on the following:

- Zvi Guttman     zvi@zviguttman.com
- David Simson Musgrave     dmusgrave@gfrlaw.com

6589860.1