**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Galen Robotics, Inc., | * | Case No. 25-18408-DER |
| | * | (Chapter 7) |
| | * | |
| Debtor. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**LINE DISCLOSING BILLING RATE CHANGE FOR THE LAW OFFICES OF ZVI
<u>GUTTMAN, P.A. AS COUNSEL TO THE CHAPTER 7 TRUSTEE</u>**

The Law Offices of Zvi Guttman, P.A., as counsel to Zvi Guttman, the Chapter 7 trustee in the above-captioned case, hereby provides notice that effective January 1, 2026, its rates increased as follows:

| Hourly Rates for 2026 | |
|---|---|
| Zvi Guttman | $620 |
| Paralegal | $250 |

June 24, 2026

Respectfully submitted,

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
Phone: (410) 580-0500
Email: Zvi@zviguttman.com

**Counsel to the Chapter 7 Trustee**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 24, 2026, a copy of the foregoing Line was served via CM/ECF on:

**Stephen B. Gerald**   sgerald@tydings.com

**David Simson Musgrave**   dmusgrave@gfrlaw.com, jojones@gfrlaw.com

**Megan Young**   myoung@tydings.com

/s/ Zvi Guttman