IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

In re:                                    (
                                          (
Galen Robotics, Inc.                      (       Case No.: 25-18408-DER
                                          (
          Debtor(s)                       (              (Chapter 7)
(        (        (        (        (        (        (        (        (        (        (        (        (

## REPORT OF SALE

TO CREDITORS AND PARTIES IN INTEREST:

Notice is hereby given that Zvi Guttman, Trustee, has liquidated property of the estate as indicated below:

Property liquidated:        FDA Approved Assets: •    FDA De Novo clearance and device listing rights for the Galen ES Robotic Surgical Assistant Platform (DEN220047) •        Device master record, device history record, design history file, and postmarket documentation as required for FDA compliance • Intellectual property owned by Galen Robotics, Inc.: oOne unregistered copyright (product documentation/software) o Four  trademarks ("G GALEN ROBOTICS", "GR GALEN ROBOTICS", "G GALEN ES", "DIGITAL SURGERY AS A SERVICE (DSAAS)") •        Manufacturing equipment, inventory, and software  •  Contracts and supplier agreements  •        All other records required for FDA compliance under 21 CFR 820 and 807

Type of Sale:               Auction
Purchaser:                  Altza Holdings, LLC
Gross sale amount:          $110,000.00
Net Proceeds to Estate:     $110,000.00

Creditors requesting additional information should see Dkt. 32 or contact the undersigned.

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282
Zvi@zviguttman.com
(410) 580-0500

## Certificate of Service

I hereby certify that on this July 13, 2026, a copy of this Report was mailed to the Office of the U.S. Trustee, 101 W. Lombard St., Room 2625, Baltimore, Maryland 21201.

/s/ Zvi Guttman